Note Changes by Court

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Nehemiah Kong**,

    Plaintiff,

v.

**Bristol-Warner Investors LLC**, a
Delaware Limited Liability Company,

    Defendants.

**Case No**. 2:18-cv-01918-JFW-JC

**JUDGMENT**

Whereas, the Court granted Plaintiff's Motion for Summary Judgment on January 29, 2019, it is hereby ordered and adjudged that plaintiff Nehemiah Kong shall have JUDGMENT in his favor in the amount of $4,000 against defendant Bristol-Warner Investors LLC.

Additionally, defendant Bristol-Warner Investors LLC is ordered to provide a van accessible parking space in front of the Pier 1 Imports building at 6500 Canoga Avenue, Canoga Park, California, in compliance with the 2010 Americans with Disability Standards for Accessible Design within 120 days of this order.

Dated: January 25, 2019

_____
United States District Judge